No. 722. NOYD v. McNAMARA, SECRETARY OF DEFENSE, ET AL. C. A. 10th Cir. Application for stay presented to MR. JUSTICE WHITE, and by him referred to the Court, denied. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this case. *Marvin M. Karpatkin, Ernest Angell, Melvin L. Wulf, Norman Dorsen* and *Rhoda H. Karpatkin* for petitioner. *Solicitor General Griswold* for respondents. *Tolbert H. McCarroll* for American Humanist Association, as *amicus curiae,* in support of the petition.

No. 724. MIRRA v. UNITED STATES. C. A. 2d Cir. Motion to dispense with printing opinion of the District Court in petition granted. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition. *Jerome Lewis* and *Abraham Glasser* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 728. GRANEY ET UX. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *William H. Deck* for petitioners. *Solicitor General Griswold, Assistant Attorney General Rogovin* and *Robert H. Solomon* for the United States.

No. 330, Misc. HARRIS v. PITCHESS, SHERIFF. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Andrea Sheridan Ordin,* Deputy Attorney General, for respondent.